# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.**<br>Trustee<br>**Bonnie Baker, Esq.**<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

March 30, 2011

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

Re:   07-61808            Thomas A. Lawton

To Whom It May Concern:

Enclosed please find check #922497 in the amount of $450.14. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.        25

Account#        4489000404577647

Creditor         National City Bank
                 POB 500 K-A16-2J
                 Portage, MI 49081

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli